# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Kekona v. Bornemann . . . . . . . . . . . | SCWC–29036 | 05/22/2015 | Denied | 135 Hawai'i 254, 349 P.3d 361 |